C. H. LEACH COMPANY, Appellant, v. AMERICAN LOCOMOTIVE COMPANY and ALCO PRODUCTS, INC., Respondents.— Order affirmed, with twenty dollars costs and disbursements, on the authority of *Strelitzer* v. *Schnaier* (135 App. Div. 384). Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Dore, J., dissents and votes to reverse and deny the motion.

EMIL CORENBLETH and MORRIS POLISHUK, Respondents, v. FRANK GULDEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN PURDIE, Appellant, Impleaded with Another, Defendant.— Judgment unanimously affirmed as to defendant-appellant. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of JACOB M. KRAM and Others, as Executors, etc., of LOUIS KRAM, Deceased, and of the Application for Permission to Resign as Trustees. EMMA JOSEPHSON and JESSE JOSEPHSON, Appellants; GEORGE I. KRAM and Others, Executors and Trustees, etc., of LOUIS KRAM, Deceased, Respondents, Impleaded with Others.— Final order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK GOLD, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Glennon and Untermyer, JJ., dissent and vote to reverse and dismiss the information, on the ground that there is no additional proof of any actual sale as required by section 395 of the Code of Criminal Procedure.

JOHN S. GELLERT, Respondent, v. FAIRMAN R. DICK and Others, Appellants.— Order, so far as appealed from, affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., and Glennon, J., dissent and vote to reverse and grant the motion, with leave to serve an amended complaint.